UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. _____

CLINTON EVANS,

      Plaintiff,

vs.

FRENCHMAN'S CREEK, INC.,
ERNEST DOE, BRUCE DOE, and
LISA DOE,

      Defendants.

_____/

## DEFENDANT, FRENCHMAN'S CREEK, INC.'S NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION:

      Defendant, Frenchman's Creek, Inc. ("Defendant"), by and through undersigned counsel, hereby gives notice of removal of an action pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Clinton Evans, Plaintiff vs. Frenchman's Creek, Inc., Ernest Doe, Bruce Doe, and Lisa Doe*, Case No. 50-2021-CA-013138-XXXX-MB, to the United States District Court for the Southern District of Florida, West Palm Beach Division, being the district and division within which that action is presently pending.  As grounds for removal, Defendant states as follows:

      1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§1331, 1367(a), 1441(a) and 1446(a).

2.      Pursuant to 28 U.S.C. §1446(a), attached to the certification filed contemporaneously with this Notice of Removal are copies of Plaintiff's complaint and all state court process, pleadings, and orders served upon Defendant in the state court civil action.

3.      In accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty days after Plaintiff's Complaint was served on Defendant on December 20, 2021.

4.      This Court has original, federal question jurisdiction over Counts I, II, VII, VIII, IX, and X of Plaintiff's complaint pursuant to 28 U.S.C. §1331.  Count I is a claim for race discrimination pursuant to 42 U.S.C. § 1981. Count II is a claim for retaliation pursuant to 42 U.S.C. § 1981. Count VII is a claim for race discrimination pursuant to 42 U.S.C. § 2000e.  Count VIII is a claim for national origin discrimination brought under 42 U.S.C. § 2000e.  Count IX is a claim for retaliation brought under 42 U.S.C. § 2000e, and Count X is a claim for hostile work environment pursuant to 42 U.S.C. § 2000e.

5.      This Court also has supplemental jurisdiction over the state law claims asserted in Counts III, IV, V, and VI.  Count III is a claim for race discrimination brought pursuant to the Florida Civil Rights Act ("FCRA"). Count IV is a claim for national origin discrimination under the FCRA. Count V is a claim for retaliation under the FCRA and Count VI is a claim for an alleged hostile work environment also brough under the FCRA.  There is supplemental jurisdiction for the above state claims pursuant to 28 U.S.C. §1367(a) in that Plaintiff's state claims form part of the same case or controversy as Plaintiff's federal claims.  Additionally, the federal and state claims of alleged discrimination, retaliation, and alleged hostile work environment arise out of Plaintiffs' employment with and separation of employment from Defendant.

6.      Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit and served upon Plaintiff's counsel.

7.      This Notice of Removal is signed by undersigned counsel pursuant to Fed.R.Civ.P. 11.

WHEREFORE, Defendant gives notice that the above-styled case now pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed therefrom to this Court.

Respectfully submitted,

BECKER & POLIAKOFF, P.A.
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL 33401
Tel: (561) 655-5444
Fax: (561) 832-8987
Email: jdokovna@beckerlawyers.com
Alt. Email: bmichenfelder@beckerlawyers.com
*Counsel for Defendant, Frenchman's Creek, Inc.*

By: */s/ Jamie B. Dokovna*
        Jamie B. Dokovna, Esq.
        Florida Bar No. 592722

LAW OFFICES
BECKER & POLIAKOFF, P.A.
625 N. FLAGLER DRIVE • 7TH FLOOR • WEST PALM BEACH, FL  33401
TELEPHONE (561) 655-5444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BECKER & POLIAKOFF, P.A.
*Counsel for Defendant, Frenchman's Creek, Inc.*
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL  33401
Telephone:  (561) 655-5444
Facsimile:  (561) 832-8987
jdokovna@beckerlawyers.com
bmichenfelder@beckerlawyers.com

By:   /s/  Jamie B. Dokovna
           Jamie B. Dokovna, Esq.
           Florida Bar No. 592722

## SERVICE LIST

**Jason Tenenbaum, Esq.**
The Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd., 10th Floor
Coral Gables, FL  33134
Jason@tenenbaumlawgroup.com

*Counsel for Plaintiff*

ACTIVE: 11657164_1