UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80100-CIV-SMITH/VALLE

CLINTON EVANS,

    Plaintiff,

vs.

FRENCHMAN'S CREEK, INC., *ET AL.,*

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Defendants' Motion for Taxable Costs [DE 77], recommending Defendants' Motion for Taxable Costs [DE 75] be granted and Defendants be awarded $1,796.00 in taxable costs. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)  The Magistrate Judge's Report and Recommendation on Defendants' Motion for Taxable Costs [DE 77] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)  Defendants' Motion for Taxable Costs [DE 75] is **GRANTED**. Defendants are awarded $1,796.00 in taxable costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of June, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record